[No. 11595–6–II.   Division Two.   November 29, 1989.]

S. WAYNE ESTES, ET AL, *Respondents*, v. VINCE MILLER,
ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Wah-
kiakum County, No. 3483, Herbert E. Wieland, J., entered
November 30, 1987. *Affirmed* by unpublished opinion per
Alexander, C.J., concurred in by Reed and Petrich, JJ.

[No. 12081–0–II.   Division Two.   November 29, 1989.]

SHARON L. FARR, *Respondent*, v. FRANK L. FARR,
*Appellant*.

Appeal from a judgment of the Superior Court for Thur-
ston County, No. 87–2–01548–1, Paula Casey, J., entered
June 29, 1988. *Affirmed* by unpublished per curiam opinion.

[No. 9710–2–III.   Division Three.   November 30, 1989.]

THE STATE OF WASHINGTON, *Respondent*, v. GEORGE
GUZMAN, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Ben-
ton County, No. 88–8–00213–3, John G. Carroll, J. Pro
Tem., entered November 23, 1988. *Affirmed* by unpublished
opinion per Munson, J., concurred in by Thompson, C.J.,
and Green, J.

[No. 9232–1–III.   Division Three.   November 30, 1989.]

RAYMOND M. REGAN, ET AL, *Appellants*, v. ROBERT D.
PILKINTON, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for
Chelan County, No. 87–2–00033–2, Charles W. Cone, J.,
entered January 13, 1988. *Affirmed* by unpublished opinion
per Munson, J., concurred in by Thompson, C.J., and
Green, J.